# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHON BUTLER, | CASE NO. 1:09-cv-01544-LJO-SKO PC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | **(Doc. 25)** |
| MATTHEW CATE, et al., | **TEN-DAY DEADLINE** |
| Defendants. | |

Plaintiff Stephon Butler, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 27, 2009. This matter is set for jury trial on April 30, 2013, and pursuant to the second scheduling order filed on November 9, 2012, Plaintiff was required to file his pretrial statement on or before January 28, 2013. Plaintiff did not file a pretrial statement, and he was warned that the failure to do so may result in the imposition of sanctions, including dismissal of the action.

Accordingly, it is HEREBY ORDERED that:

1. Within **ten (10) days** from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed, with prejudice, for failure to obey a court order and failure to prosecute; and

///
///
///
///
///

1

2. The failure to respond to this order will result in dismissal of this action, with prejudice.

IT IS SO ORDERED.

**Dated:**     **February 5, 2013**              /s/  **Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE

2